COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
(337) 433-9403

Elizabeth Brooks Hollins
Attorney at Law
One Lakeshore Dr., #1200
Lake Charles LA 70629


**REHEARING ACTION: January 11, 2012**


**Docket Number: 11   00421-CA consolidated with 419-CA & 420-CA**

**LIBERTY MUTUAL FIRE INS. CO., ET AL.**
**VERSUS**
**STATE OF LA, THRU THE DOTD, ET AL.**

**Appealed from Allen Parish Case No. C-2007-566 C/W C-2007-455, C/W C-2007-567**


**BEFORE JUDGES:**

    Hon. Sylvia R. Cooks
    Hon. James T. Genovese
    Hon. Phyllis M. Keaty


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **State of Louisiana, Department of Transportation and**

**Development** has this day been

    **DENIED.**


cc: Marilyn R. Cohen, Counsel for the Appellee
    Claude David Vasser  Jr., Counsel for the Appellee
    Daniel Randolph Street, Counsel for the Appellee
    Geary Stephen Aycock, Counsel for the Appellee
    W. Jay Luneau, Counsel for the Appellee